# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

United States of America, *ex rel.*,
Keith D. Wilkey, M.C.,

    Plaintiff/Relator,

v.

UnitedHealth Group, *et al.*,

    Defendants.

Case No. 2:22-cv-2404

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

When Relator failed to timely effect service of his Complaint on Defendants, Magistrate Judge Vascura issued a Show Cause Order that required him to show cause why this action should not be dismissed without prejudice. ECF No. 7. Relator did not respond to that Order. Accordingly, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court dismiss this action without prejudice. ECF No. 8. The R&R notified Relator of his right to object to that recommendation and that a failure to timely object would "result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also . . . a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." *Id.* at 2.

Relator failed to timely object to the R&R.  Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** this action for failure to effect service.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**